GIOVANNI ZOLEZZI, Respondent, *v.* KROLL & HOROWITZ
    FURNITURE CO., INC., et al., Appellants, Impleaded
    with Another.

*Appeal — motion to withdraw appeal granted upon terms.*

Reported below, 210 App. Div. 368.

(Argued May 4, 1925; decided May 7, 1925.)

MOTION for leave to withdraw an appeal from an order
of the Appellate Division of the Supreme Court in the
second judicial department, entered October 17, 1924,
reversing a judgment in favor of defendants, appellants,
entered upon a dismissal of the complaint as to them by
the court at a Trial Term.

The motion was made upon the ground that the

interests of the appellants would be best served by withdrawal of said appeal.

*Edward P. Mowton* and *William E. Fitzsimmons* for motion.

*Herbert N. Warbesse* opposed.

Motion granted upon the following terms and conditions:

The defendants shall pay all costs of the appeal to date together with ten dollars costs of this motion and two hundred and fifty dollars counsel fee to the attorney for the plaintiff.

The defendants shall also stipulate to try this cause at the June term of the Supreme Court, provided the plaintiff so elects, and the case can be set down for trial on a day in that term.

The defendants likewise must stipulate that the action shall not abate by reason of the death of either party.

In case of the failure of the defendants to comply with those terms within ten days from date, the motion is denied, with ten dollars costs.